In the Matter of the Petition of EDNA N. SCHWARZ, Appellant, to Declare Vacant the Trusteeship of KABUSHIKI KAISHA MITSUI GINKO (in English, THE MITSUI BANK, LIMITED), as Trustee under an Indenture of Trust between

It and Tokyo Dento Kabushiki Kaisha (in English, Tokyo Electric Light Company, Limited), Dated May 15, 1928, and for the Appointment of a Successor Trustee, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post*, p. 1015.]